**99–543. State v. Akemon.**
Hamilton App. No. C–980333. Discretionary appeal allowed; *sua sponte,* cause held for the decisions in 98–1779, *State v. Conyers,* Lucas App. No. L–97–1327, and 98–1929, *State v. Schultz,* Hamilton App. No. C–970954; briefing schedule stayed.

PFEIFER, J., dissents.

**99–556. Baughman v. State Farm Mut. Auto. Ins. Co.**
Summit App. No. 19087.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**99–579. State v. Reese.**
Portage App. No. 97–P–0049. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 99–286, *State v. Williams,* Lake App. No. 97–L–191; briefing schedule stayed.

**Discretionary appeals in the following causes are allowed; *sua sponte,* the causes are consolidated with 99–579, *supra,* and held for the decision in 99–286, *State v. Williams,* Lake App. No. 97–L–191; briefing schedule stayed:** 99–755, *State v. Pingley,* Portage App. No. 97–P–0055; 99–756, *State v. Wells,* Portage App. No. 97–P–0056; 99–757, *State v. Brant,* Portage App. No. 97–P–0052; 99–758, *State v. Long,* Portage App. No. 97–P–0057; 99–759, *State v. Patterson,* Portage App. No. 97–P–0051; 99–760, *State v. Black,* Portage App. No. 97–P–0053; 99–761, *State v. Hardy,* Portage App. No. 97–P–0062; 99–762, *State v. Johnson,* Portage App. No. 97–P–0047; 99–763, *State v. Douglas,* Portage App. No. 97–P–0049; and 99–764, *State v. Worthy,* Portage App. No. 97–P–0059.